DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCOIS ANTON,**
Appellant,

v.

**HATTERAS/CABO YACHTS, LLC,**
Appellee.

No. 4D19-3574

[November 25, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 19-6377 CACE (13).

Matthew Carcano and Moises A. Saltiel of Leon & Saltiel, PLLC, Coral Gables, for appellant.

Christina M. Paul, William P. McCaughan and Joshua C. Carpenter of K & L Gates LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***